IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE SIERRA, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>TRIPLE J. ASSOCIATES OF QUEENS, INC., d/b/a USA CAR WASH, et al.,<br><br>                Defendants. | Case No.: 12 CV 4462<br><br>Cogan, J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C. K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Lee Dec.") and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1)     certifying the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement: all non-exempt employees who performed work as a car washer employed by Triple J. Associates

of Queens Inc. d/b/a USA Car Wash, Jose Montiero and Joao Morais from September 6, 2006 until March 1, 2013;

(2)     granting final approval of the Settlement Agreement and Release;

(3)     granting approval of the FLSA Settlement; and

(4)     granting any other relief that the Court deems just and proper.

For the Court's convenience, Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**.

Dated: October 7, 2013

                                          Respectfully submitted,

                                          LEE LITIGATION GROUP, PLLC

                                          By: /s/ C.K. Lee
                                          C.K. Lee (CL 4086)
                                          30 East 39th Street, Second Floor
                                          New York, NY 10016
                                          Tel.: 212-465-1188
                                          Fax: 212-465-1181
                                          ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***