# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE SIERRA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE J. ASSOCIATES OF QUEENS, INC., d/b/a USA CAR WASH, et al.,<br><br>Defendants | Case No.: 12 CV 4462<br><br>Cogan, J. |

**ORDER GRANTING: (1) PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT; (2) PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE SERVICE AWARDS; (3) PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The above-entitled matter came before the Court on: (1) Plaintiff's Unopposed Motion For Certification Of The Settlement Class, Final Approval Of The Class Action Settlement, and Approval Of The FLSA Settlement; (2) Plaintiff's Unopposed Motion For Approval Of Class Representative Service Awards; and (3) Plaintiff's Unopposed Motion For Approval Of Attorneys' Fees And Reimbursement Of Expenses. Based upon the Court's review of the aforementioned motions and all papers submitted in their support, the Court hereby issues an Order:

(1)  Certifying the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement: all non-exempt employees who performed work as a car washer employed by Triple J. Associates

of Queens Inc. d/b/a USA Car Wash, Jose Montiero and Joao Morais from September 6, 2006 until March 1, 2013;

(2)  Granting final approval of the Settlement Agreement and Release;

(3)  Granting approval of the FLSA Settlement;

(4)  Granting service awards of $6,000 to Class Representative Jose Sierra and $6,000 to Class Representative Steve Anderson;;

(5)  Awarding Class Counsel $75,000 in attorneys' fees and expenses, which is 33.3% of the Settlement Fund;

(6)  Awarding Advanced Litigation Strategies, LLC administration fees of $25,000;

It is so ORDERED this
\_\_\_ day of _____, 2013.

                                                                                  _____
                                                                                  Honorable BRIAN M. COGAN
                                                                                  United States District Judge