## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

JOSE SIERRA, on behalf of himself and others
similarly situated,

                          Plaintiff,

         v.

TRIPLE J. ASSOCIATES OF QUEENS, INC.,
d/b/a USA CAR WASH, et al.,

                          Defendants.

Case No.: 12 CV 4462

Cogan, J.

**NOTICE OF PLAINTIFF'S
UNOPPOSED MOTION FOR
APPROVAL OF ATTORNEYS'
FEES, ADMINISTRATION FEES
AND REIMBURSEMENT OF
EXPENSES**

         For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's

Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and

(ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval

of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed

Motion for Approval of Class Representative Service Awards ("Lee Dec."), and the

exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1)

awarding Class Counsel $75,000 in attorneys' fees, costs and expenses, which is

approximately 33.3% of the Settlement Fund established by Defendants; and (2)

awarding Advanced Litigation Strategies, LLC, as Settlement Administrator,

administration fees of $25,000.

Dated: October 7, 2013

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By: /s/ C.K.Lee
C.K. Lee (CL 4086)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***